■ In the Matter of DANIEL McCLOE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [732 NYS2d 192] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pigott, Jr., P. J., Wisner, Scudder, Burns and Gorski, JJ.